United States Bankruptcy Court
Eastern District of North Carolina

In re:  
John K. Jeon  
Yon B. Jeon  
    Debtors

Case No. 14-00634-SWH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-5     User: morris_sh     Page 1 of 1     Date Rcvd: Aug 13, 2014  
                       Form ID: pdf015     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2014.  
db/jdb      +John K. Jeon,   Yon B. Jeon,   7001 Holly Springs Road,   Raleigh, NC 27606-4326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2014                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2014 at the address(es) listed below:  
         Brian Behr    on behalf of Bankruptcy Administrator    Bankruptcy Administrator  
         brian_behr@nceba.uscourts.gov,   lynn_tingen@nceba.uscourts.gov;rick_hinson@nceba.uscourts.gov  
         Constance Young    on behalf of Creditor    PNC Bank cyoung@wcsr.com,   cbrafford@wcsr.com  
         Holmes P Harden    hharden@williamsmullen.com,  
         jjohnson@williamsmullen.com;hharden@ecf.epiqsystems.com;scass@williamsmullen.com  
         J.M. Cook    on behalf of Debtor John K. Jeon J.M.Cook@jmcookesq.com  
         J.M. Cook    on behalf of Joint Debtor Yon B. Jeon J.M.Cook@jmcookesq.com  
         John F. Logan    lweidenhamer@ralch13.com,   casefiles@ralch13.com,skeighley@ralch13.com  
         Margaret R. Westbrook    on behalf of Creditor    Wells Fargo Bank, N.A.  
         margaret.westbrook@klgates.com,  
         brian.fork@klgates.com;lee.hogewood@klgates.com;heather.yeomans@klgates.com;gabrielle.phillips@klgates.com  
         Matthew Underwood    on behalf of Creditor    Wells Fargo Bank, N.A.  
         matt.underwood@brockandscott.com,   cltecfnotices@brockandscott.com;wbecf@brockandscott.com  
                                                                                            TOTAL: 8

**SO ORDERED.**

**SIGNED this 13 day of August,2014.**

_____
**Stephani W. Humrickhouse
United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION**

IN RE:                                                                            CASE NO. 14-00634-5-SWH

JOHN K. JEON, and                                                  Chapter 7
YON B. JEON,
              **Debtors**

**ORDER ON MOTION TO EXTEND TIME TO FILE
FINANCIAL MANAGEMENT CERTIFICATE**

      **THIS MATTER** came on before the Court upon the Debtors' Motion to Extend the Time to File their Financial Management Certificate. For good cause shown, the Court hereby extends the deadline for the Debtors to file the financial management certificate until to 21 August 2014.

**END OF DOCUMENT**